**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AB
F. #2023R00666

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 14, 2025

By ECF

The Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Justin Nudelman et al.,
Criminal Docket No. 23-437

Dear Judge Merkl:

The government respectfully moves for an order unsealing the superseding indictment filed on February 12, 2025 in the above-captioned matter. A proposed order is enclosed herein.

Respectfully submitted,

JOHN J. DURHAM
United States Attorney

By: /s/
Arun Bodapati
Trial Attorney
(718) 254-6250

Enclosure