

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AB/SR                                              *271 Cadman Plaza East*
F. #2023R00666                                     *Brooklyn, New York 11201*

May 11, 2026

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Brandon Nudelman
              Docket No. 23-CR-437 (S-2) (AMD)

Dear Judge Donnelly:

       The government writes to respectfully request a two-week extension of time to file its response to the defendant's post-trial motions. The government's response is currently due on May 20, 2026, and the government respectfully requests that the deadline be extended to June 3, 2026.

       This is the government's first request for an extension of time that it has filed. The defendant previously requested a two-week extension of time to file his post-trial motions. See ECF No. 134. In the defendant's letter, he included the government's request that its deadline also be extended by two weeks. The Court granted the defendant's request, extending the defendant's deadline from April 6, 2026, to April 20, 2026, but did not grant the government the reciprocal request for a two-week extension of its deadline that was included in the defendant's letter.

The defense does not object to the government's request for an extension.  Thank you for your consideration of this application.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   _____/s/_____

Arun Bodapati
Trial Attorney
Samuel Rackear
Special Assistant U.S. Attorney
(718) 254-7000

cc:   Clerk of the Court (AMD) (via ECF)
Counsel of Record (via ECF)

2