# EXHIBIT A

**OTHER ATTACHMENTS**

Crime/Condition
FIREARMS

Command
122-122ND PRECINCT

Date of This Report
09/06/2023

| Date Reported | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 08/31/2023 | 08/31/2023 | 2023 - 469 FIO | | 17 |

| Topic/Subject | Activity Date | Activity Time |
|---|---|---|
| (OTHER ATTACHMENTS) DAS SUMMARY REPORT JUSTIN NUDELMAN | 09/06/2023 | 19:39 |

Details

Summary of Investigation:

1. On August 10, 2023, at approximately 1939 hours the undersigned did attach a completed DAS Summary Report for case target Justin Nudelman.

2, Case active.

ATTACHMENT

| No | Attachment | Description |
|---|---|---|
| 1 | 1694043669007_noodlesdass.pdf | 1694043669007_noodlesdass.pdf |

| Reporting Officer: | Rank | Name | Tax Reg. No. | Command |
|---|---|---|---|---|
| | DT2 | PAUL MOLINARO | 944126 | 318-INTEL-CRIMINAL INTEL SECTION |

| Reviewing Supervisor: | Manner of Closing | Date Reviewed: | Date of Next Review | Name | Supv. Tax No. |
|---|---|---|---|---|---|
| | - | 09/07/2023 | | BOGDAN TABOR | 942593 |

| Endorser: | Rank | Name | Tax Reg. No. | Command | Status |
|---|---|---|---|---|---|
| | SGT | BOGDAN TABOR | 942593 | 318 | Approved |

| | Endorsement Date | Comments |
|---|---|---|
| | 09/07/2023 | |

Tracking# 86532066

**Search Warrant Completion - Location**

Crime/Condition
FIREARMS

Command
122-122ND PRECINCT

Date of This Report
09/07/2023

| Date Reported | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 08/31/2023 | 08/31/2023 | 2023 - 469 FIO | | 18 |

| Topic/Subject | Activity Date | Activity Time |
|---|---|---|
| (Search Warrant Completion - Location) SEARCH WARRANT COMPLETION | 09/07/2023 | 04:05 |

Reason for this Location

| Source | Pct Plan | Other, Specify |
|---|---|---|
| | | |

Location

| Address Location | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|
| NYC | 28 CORONA AVENUE | STATEN ISLAND | NY | | |

| Phone # | Cross Street | Intersection of | Premise Type |
|---|---|---|---|
| | ATMORE PLACE and BOYCE AVENUE | | |

Indicate Premises Name if Known:

Exact Location Within Premise Type, if Known:

Business Name

Business Type

## Event Details

1. On Thursday, September 07, 2023, at approximately 0405 hours, members of the Major Case FIT did conduct a positive search warrant at 28 Corona Avenue, Staten Island, NY, 10306 within the confines of the 122 precinct. The warrant was initiated through an investigation conducted by the Major Case Field Intelligence Team. A forced, no-knock entry by ESU occurred without injury or incident to all parties involved.
2. A thorough investigation was conducted to corroborate information received from subpoenas received. The information revealed that this door would be locked, and firearm parts were ordered to the location. ESU's A-Team performed the entry in regards. Upon completion of the search warrant by members of the Field Intelligence Team, the location was secured by ESU.
3. The following arrests were made at the above location:

1- Justin Nudelman, Arrest # S23607152-Q, NYSID #[redacted], D.O.B.[redacted], 28 Corona avenue, Staten Island, NY, 10306. charged with CPW-2nd Loaded Firearm (x3), 265.01-10 Manufacture Machine Gun, 265.01-10, Manufacture Rapid Fire Mod Device, 265.02 07 Criminal possession 3rd assault rifle, 265.02 05, CPW 3rd 3 or nore firearms, 265.02 08, Ammo clip, 265.01 B 01B, Criminal possession of a firearm., 265.02, 01 CPW 3rd prev. conviction. 265.01 09 CPW ghost gun

Arrest History- Justin Nudelman, Nudelman has 17 prior arrests including: CPCS, CPM, Assault 3, Aggravated Harassment, Stalking 4th, Assault 2nd (weapon) x2, Burglary 3rd, Menacing with weapon, CPW loaded firearm, Menacing weapon and OGA.

4. The following property was recovered:

1 - 9mm assault pistol (Ghost Gun)
2 - .40 caliber pistol (Ghost gun)
3 - .380 pistol (Ghost Gun)
4 - 1 High Capacity Magazine
5 - 4 Major components
6 - Three 3-D printers
7 - 1 Resin Printer
8 - 1 Computer Tower
9 - One Cell phone (From Nudelman at hospital)
10 - 2 AR 15 auto sears (3D Printed)
11 - 8 Glock switches (3D printed)
12 - 11 Lowers for AR 15

5. The following persons were present or notified:

Inspector Nilan- CIS
Capt Jara- CIS
Sgt Tabor - CIS Major Case FIS
Det Billotto- CIS Major Case FIT
Det Thomas- CIS Major Case FIT
Det Schultz- CIS Major Case FIT
Det Uske- CIS Major Case FIT
Det Molinaro- CIS Major Case FIT
Det. Cardona- CIS Major Case FIT
Det. Michelle Purnival / Postal Inspector
Sgt. Scocca - ATF /Liason
Inv. Spears- NYSP
SA Evan Mascou-Lewis
Operations
Staten Island Borough

6. Submitted for your information.

## Warrant Operation Outcome

| Warrant Executed? | Reason,If Not Executed | Positive Outcome? | Reason,If negative outcome |
|---|---|---|---|
| Yes | | Yes | |

| Date/Time Arrived Location | Date/Time Depart Location |
|---|---|
| 09/07/2023 - 04:05 | 09/07/2023 - 09:07 |

## Supervisor on Scene

| Tax Id | Name | Rank | Command |
|---|---|---|---|
| 935402 | INS | COURTNEY NILAN | 318-INTEL-CRIMINAL INTEL SECTION |

## MOS Last to Leave

| Tax Id | Name | Rank | Command |
|---|---|---|---|
| 934579 | DT3 | VICTOR CARDONA | |



Gov. Ex. 3500-PM-197-016

318-INTEL-CRIMINAL INTEL SECTION

Premises Secured By

| Tax Id | Name | Rank | Command |
|---|---|---|---|
| 934579 | DT3 | VICTOR CARDONA | 318-INTEL-CRIMINAL INTEL SECTION |

Entry Supervisor

| Tax Id | Name Rank | Command | Unit |
|---|---|---|---|
| 940995 | SGT DANIEL CONFORTI | 450-EMERGENCY SERVICE UNIT | ESU ATEAM |

Person securing location if not MOS

| Last name | First name | Phone | DOB |
|---|---|---|---|

Relationship

Recapitulation

| No. of Arrests | Drugs Seized | Qty(approx). | Wrong Door | Currency Seized(Not Buy Funds) | Firearms Seized |
|---|---|---|---|---|---|
| 1 | Yes | 0 | No | N/o | Yes |

| Vehicles Seized | Other Seizures | If Other, specify | Forfeiture Proceeding | Photos Taken |
|---|---|---|---|---|
| No | Yes | Firearms/parts/electronics | No | No |

Details

1 - 9mm assault pistol (Ghost Gun)
2 - .40 caliber pistol (Ghost gun)
3 - .380 pistol (Ghost Gun)
4 - 1 High Capacity Magazine
5 - 4 Major components
6 - Three 3-D printers
7 - 1 Resin Printer
8 - 1 Computer Tower
9 - One Cell phone (From Nudelman at hospital)
10 - 2 AR 15 auto sears (3D Printed)
11 - 8 Glock switches (3D printed)
12 - 11 Lowers for AR 15

Warrant Information

| Warrant Type | Date Obtained | Ada Assigned | County/ Office | Issuing Judge | Docket/ Warrant# |
|---|---|---|---|---|---|
| Local Search | 09/05/2023 | Edvin | Richmond | Mattei | N/A |

| Return Date | Judge |
|---|---|

Warrant Obtained By

| Jurisdiction | TaxId | Name | Rank | Cmd |
|---|---|---|---|---|
| N.Y. POLICE DEPT | 944126 | PAUL MOLINARO | DT2 | 318-INTEL-CRIMINAL INTEL SECTION |

Other Intelligence or Incident information

| Animal at location | If Yes,Describe | Building plans on file | Special Tactical Devices Used? | Fortified door | Did subject use Counter Intelligence |
|---|---|---|---|---|---|
| Yes | Lizards | No | No | No | Yes |

| Warrant returned of Court | MOS Injured | Civilians Injured | Traps Found | If Yes,Type | If Yes,Location |
|---|---|---|---|---|---|
| No | No | No | No | | |

Subject Resistance During Entry

Flight Physical Attack Physical Resistance None Other If Other, Describe

[redacted]



Gov. Ex. 3500-PM-197-017

Yes

Routing Rules

ATTACHMENT

No Attachment Description

| Reporting Officer: | Rank<br>DT2 | Name<br>PAUL MOLINARO | | Tax Reg. No.<br>944126 | Command<br>318-INTEL-CRIMINAL INTEL SECTION |
|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed:<br>09/12/2023 | Date of Next Review | Name<br>BOGDAN TABOR | Supv. Tax No.<br>942593 |

| Endorser: | Rank<br>SGT | Name<br>BOGDAN TABOR | Tax Reg. No.<br>942593 | Command<br>318 | Status<br>Approved |
|---|---|---|---|---|---|
| | Endorsement Date<br>09/12/2023 | Comments | | | |

Tracking# 86610803

**Other Action**

Crime/Condition
FIREARMS

Command
122-122ND PRECINCT

Date of This Report
09/11/2023

| Date Reported | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 08/31/2023 | 08/31/2023 | 2023 - 469 FIO | | 19 |

| Topic/Subject | Activity Date | Activity Time |
|---|---|---|
| (Other Action) 28 CORONA AVENUE DOOR SECURED | 09/07/2023 | 09:07 |

Details

Summary of Investigation:

1. On September 7, 2023, at approximately 0907 hours the main entry door to the target location of 28 Corona Avenue, Staten Island, NY, 10306 was secured by ESU Truck #5. Det. Cordona Witness.

2. Case active.

ATTACHMENT

| No | Attachment | Description |
|---|---|---|
| 1 | 1694456018713_nudelmandoo.jpg | 1694456018713_nudelmandoo.jpg |
| 2 | 1694456048936_nudelmandoo.jpg | 1694456048936_nudelmandoo.jpg |

| Reporting Officer: | Rank<br>DT2 | Name<br>PAUL MOLINARO | | Tax Reg. No.<br>944126 | Command<br>318-INTEL-CRIMINAL INTEL SECTION |
|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed:<br>09/12/2023 | Date of Next Review | Name<br>BOGDAN TABOR | Supv. Tax No.<br>942593 |

| Endorser: | Rank<br>SGT | Name<br>BOGDAN TABOR | Tax Reg. No.<br>942593 | Command<br>318 | Status<br>Approved |
|---|---|---|---|---|---|
| | Endorsement Date | Comments | | | |



*Gov. Ex. 3500-PM-197-018*